# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Berlin Packaging, LLC
v.
Aloe Commodities International, Inc.,
Skin Care Innovatinos, Inc. and Global Gold
International, Inc.

Case Number:
FILED: March 21, 2008
08cv1690        JH
JUDGE ST. EVE
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Berlin Packaging, LLC

| | |
|---|---|
| NAME (Type or print)<br>James B. Zaczek | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Bert Zaczek | |
| FIRM<br>Law Office of James B. Zaczek | |
| STREET ADDRESS<br>415 North LaSalle   Suite 300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6217079 | TELEPHONE NUMBER<br>312-527-1090 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☑  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ☐  NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |