## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1690  Assigned/Issued By: RCC

Judge Name: St.Eve  Designated Magistrate Judge:

### FEE INFORMATION

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00

☐ IFP  ☐ No Fee  ☐ Other _____

☐ $455.00

Number of Service Copies _____  Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

### ISSUANCES

☐ Summons  ☑ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
   _____
   _____
   *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
☐ Writ _____  ☐ Other
   *(Type of Writ)*  _____
   _____
   *(Type of issuance)*

3 Original and 3 copies on Apr. 30, 2008 as to _____
(Date)
Aloe Commodities International, Inc., Skin Care Innovations, Inc., Global Gold International, Inc.