## United States District Court for the Northern District of Illinois

Case Number: 08cv1690     Assigned/Issued By: j. n.

Judge Name:              Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00     ☐ $39.00     ☐ $5.00
               ☐ IFP         ☐ No Fee     ☐ Other _____
               ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                    ☑ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__2__ Original and __2__ copies on __7-3-08__ as to __ALOE COMMODITIES__
                                       (Date)
INTERNATIONAL, INC.; SKIN CARE INNOVATIONS, INC.

---

C:\wpwin80\docket\feeinfo.frm     03/14/05