## United States District Court for the Northern District of Illinois

Case Number: 08CV1690                Assigned/Issued By: DAJ

Judge Name:                          Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☑ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
     (Type of Writ)

_1_ Original and _0_ copies on _07/02/08_ as to GLOBAL GOLD
                                (Date)
INTERNATIONAL INC.

---

C:\wpwin80\docket\feeinfo.frm    03/14/05