U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 1690
BERLIN PACKAGING, L.L.C.
                            v.
ALOE COMMODITIES INTERNATIONAL, INC., SKIN
CARE INNOVATIONS, INC. and GLOBAL GOLD
INTERNATIONAL, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALOE COMMODITIES INTERNATIONAL, INC., SKIN CARE INNOVATIONS, INC. and GLOBAL GOLD INTERNATIONAL, INC.

| NAME (Type or print) |
| --- |
| David T. Nani |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ David T. Nani |

| FIRM |
| --- |
| Kralovec & Marquard, Chartered |

| STREET ADDRESS |
| --- |
| 55 West Monroe Street, Suite 1000 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6191520 | (312) 346-6027 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |