# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                       Case Number: 08 C 1690

BERLIN PACKAGING, L.L.C.
        v.
ALOE COMMODITIES INTERNATIONAL, INC., SKIN CARE INNOVATIONS, INC. and GLOBAL GOLD INTERNATIONAL, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALOE COMMODITIES INTERNATIONAL, INC., SKIN CARE INNOVATIONS, INC. and GLOBAL GOLD INTERNATIONAL, INC.

| | |
|---|---|
| NAME (Type or print) <br> James F. Donovan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James F. Donovan | |
| FIRM <br> Kralovec & Marquard, Chartered | |
| STREET ADDRESS <br> 55 West Monroe Street, Suite 1000 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6188272 | TELEPHONE NUMBER <br> (312) 346-6027 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |